the petition of Mary L. Kessler (mother) seeking modification of a custody order, the mother has not taken an appeal from that order. The children, while dissatisfied with the order, cannot force the mother to litigate a petition that she has since abandoned (*see Matter of McDermott v Bale*, 94 AD3d 1542, 1543-1544 [2012]). As we wrote in *McDermott*, "children in custody cases should [not] be given full-party status such that their consent is necessary to effectuate a settlement . . . There is a significant difference between allowing children to express their wishes to the court and allowing their wishes" to chart the course of litigation (*id.* at 1543). We thus affirm the order in appeal No. 2 and see no need to address the AFC's remaining contentions. Present—Scudder, P.J., Centra, Lindley, Sconiers and Valentino, JJ.

■ In the Matter of SCOTT M. FANCHER, Petitioner, v MARY L. KESSLER, Respondent. SCOTT A. OTIS, Attorney for the Children, Appellant. (Appeal No. 3.) [976 NYS2d 923]—Appeal from an order of the Family Court, Jefferson County (Peter A. Schwerzmann, A.J.), entered September 10, 2012 in a proceeding pursuant to Family Court Act article 6. The order dismissed the petition for violation of an order of custody.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Same memorandum as in *Matter of Kessler v Fancher* (112 AD3d 1323 [2013]). Present—Scudder, P.J., Centra, Lindley, Sconiers and Valentino, JJ.

■ In the Matter of MARY L. KESSLER, Petitioner, v SCOTT M. FANCHER, Respondent. SCOTT A. OTIS, Attorney for the Children, Appellant. (Appeal No. 4.) [976 NYS2d 908]—Appeal from an order of the Family Court, Jefferson County (Peter A. Schwerzmann, A.J.), entered September 10, 2012 in a proceeding pursuant to Family Court Act article 6. The order dismissed the petition for violation of an order of custody.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Same memorandum as in *Matter of Kessler v Fancher* (112 AD3d 1323 [2013]). Present—Scudder, P.J., Centra, Lindley, Sconiers and Valentino, JJ.

■ In the Matter of MARY L. KESSLER, Petitioner, v SCOTT M. FANCHER, Respondent. SCOTT A. OTIS, Attorney for the Children, Appellant. (Appeal No. 5.) [976 NYS2d 909]—Appeal from an order of the Family Court, Jefferson County (Peter A. Schwerzmann, A.J.), entered September 11, 2012 in a proceeding pursu-